**In re Curtis Walter Robert HARRELL, a/k/a C.W.R. Harrell, Curtis Robert Harrell, Matthew Walter Harrell, and Harrell Plantation, L.L.C.**

### No. 03–1070–3F1.

United States Bankruptcy Court, M.D. Florida, Jacksonville Division.

Feb. 16, 2005.

Alan M. Weiss, Jacksonville, FL, for Regions Bank.

James H. Post, Jacksonville, FL, for Debtors.

### *ORDER DENYING REGION BANK'S MOTION TO ALLOW LATE CLAIM*

JERRY A. FUNK, Bankruptcy Judge.

This case came before the Court upon Region Bank's Motion to Allow Late Claim. Upon Findings of Fact and Conclusions of Law separately entered, it is

**ORDERED:**

Region Bank's Motion to Allow Late Claim is denied.